IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: JETHRO L. LARKIN, II            No. C 12-3361 TEH (PR)

_____/

JETHRO L. LARKIN, II,                  No. C 12-3362 TEH (PR)

        Plaintiff,                   ORDER TO RE-SEND OSC

  v.

JAMES CARLSON,

        Defendant.
_____/

      Plaintiff, a state prisoner and frequent litigant in this Court, currently incarcerated at Corcoran State Prison, filed two pro se civil rights complaints pursuant to 42 U.S.C. § 1983 and applied to proceed in forma pauperis (IFP) pursuant to 28 U.S.C. § 1915.

      On September 17, 2012, the Court sent Plaintiff an Order to Show Cause for Plaintiff to respond in writing indicating why his requests to proceed IFP in these two cases should not be denied and the actions should not be dismissed pursuant to 28 U.S.C. § 1915(g). Subsequently, this Order was returned as undeliverable.

      In one of Plaintiff's previous cases, Larkin v. Carlson, case number C 12-2890 TEH, Plaintiff filed three letters dated August 22, August 30 and September 6, 2012 indicating that his address had been changed. The address he provides in his last

1 letter, dated September 6, 2012 and filed on September 18, 2012, is
2 No. T-93444; California State Prison-Corcoran; Facility 4A, 4L,
3 SHU, B-Pod, Cell #29; PO Box 3476; Corcoran, CA 93212.  It appears
4 that, because Plaintiff's address changed, he never received the
5 Court's September 17, 2012 Order to Show Cause.

6        Therefore, the Clerk of the Court shall re-send to
7 Plaintiff, at his current address, a copy of the September 17, 2012
8 Order to Show Cause in case number C 12-3361 TEH and case number C
9 12-3362 TEH, along with this Order.  The Clerk shall enter
10 Plaintiff's current address on the docket of these two cases.
11 Plaintiff shall have thirty (30) days from the date of this Order
12 to respond to the Court's September 17, 2012 Order to Show Cause.
13 Plaintiff is cautioned that he must timely and specifically respond
14 to the issues raised in the Court's Order to Show Cause in order to
15 prevent his actions from being dismissed.  Also, Plaintiff must put
16 at the top of every document he files the number of the case in
17 which he wishes to file it.

19        IT IS SO ORDERED.

20 DATED: 11/07/2012
21                                 THELTON E. HENDERSON
                                   United States District Judge

27 G:\PRO-SE\TEH\CR.12\Larkin 12-3361_62 Re-send 1915g-OSC.wpd

2